Argued and submitted June 22, reversed and remanded August 30, 2000

## JACK ALLEN PRICE,
*Appellant,*

*v.*

## Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(97-05-28839M; CA A108170)

10 P3d 294

Steven M. Stoddard argued the cause and filed the brief for appellant.

David F. Coursen, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

## PER CURIAM

Petitioner appeals from a judgment against him for costs and the amount of his court-appointed attorney fees in a previous post-conviction proceeding. Defendant concedes that, because petitioner's original petition was filed before January 1, 1998, the court had no authority to order repayment of court-appointed attorney fees. *See Alexander v. Johnson*, 164 Or App 235, 237, 990 P2d 929 (1999). Accordingly, we reverse the judgment and remand for the entry of a corrected judgment for costs only.

Reversed and remanded for entry of corrected judgment.